UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Third Degree Films, Inc.<br>20525 Nordhoff Street, Suite 25<br>Chatsworth, CA 91311<br><br>    Plaintiff,<br><br>    v.<br><br>TK SATYAPAL<br>5314 Locust Ave<br>Bethesda, MD 20814<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 12-cv-01710-AW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed as to the Defendant, with prejudice.

Respectfully submitted this 12th day of June, 2012.

    FOR THE PLAINTIFF:

    By:   /s/ Mike Meier
    Mike Meier (Bar ID 16007)
    The Copyright Law Group, PLLC
    4000 Legato Road, Suite 1100
    Fairfax, VA 22033
    Phone: (888) 407-6770
    Fax: (703) 546-4990
    Email:
    mike.meier.esq@copyrightdefenselawyer.com
    ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 12 June 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

                By:   /s/ Mike Meier
                        Mike Meier (Bar ID 16007)
                        The Copyright Law Group, PLLC
                        4000 Legato Road, Suite 1100
                        Fairfax, VA 22033
                        Phone: (888) 407-6770
                        Fax: (703) 546-4990
                        Email:
                        mike.meier.esq@copyrightdefenselawyer.com

                        ATTORNEY FOR PLAINTIFF